UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:

MELISSA CORINNE CARTER

    Debtor.                                                                         Case No: 20-31398-KLP

FREEDOM MORTGAGE CORPORATION,

    Plaintiff,                                                                     Chapter 13

v.

MELISSA CORINNE CARTER
CARL M. BATES, Trustee,

    Defendants.

## NOTICE TO PARTIES IN INTEREST

Notice is hereby given that a Hearing will be held before the United States Bankruptcy Court on August 18, 2021 at 9:00 a.m., or as soon thereafter as counsel may be heard, to consider and act upon a Notice of Default filed herein on behalf of Movant, and the Debtor's Response thereto.

**TAKE NOTICE that the Hearing on the Movant's Notice of Default will be conducted remotely by Video Conference using Zoom. For more information as to how you can participate in the hearing, please refer to the Court's Website.**

Robyn D. Pepin, VSB #77784
John J. Chappell, III, VSB #88617
Vanessa S. Carter, VSB #86104
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510
(757) 625-6787
Attorneys for Freedom Mortgage Corporation

**REMOTE HEARING INFORMATION:**

Due to the COVID-19 public health emergency, no in-person hearings are being held.

The hearing will take place remotely through Zoom on the date and time scheduled herein.

To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.courts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

\*\*\*The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.\*\*\*

**PLEASE NOTE:** You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.

FREEDOM MORTGAGE CORPORATION

By /s/ Robyn D. Pepin
   Of Counsel

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, a true copy of the foregoing Notice to Parties in Interest was submitted for electronic transmission to James E. Kane, Attorney for Debtor, and to Carl M. Bates, Trustee, and was mailed, first class, postage prepaid to Carl M. Bates, Trustee, at P.O. Box 1819, Richmond, VA 23218 and to Melissa Corinne Carter, Debtor, at 402 Mansfield Drive, Henrico, VA 23223.

/s/ Robyn D. Pepin
Robyn D. Pepin, VSB #77784
John J. Chappell, III, VSB #88617
Vanessa S. Carter, VSB #86104
Glasser and Glasser, P.L.C